**BOND SCHOENECK & KING**

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**AISLING MCALLISTER, ESQ.**
amcallister@bsk.com
P: 646.253.2309
F: 646.253.2380

December 21, 2018

**VIA ECF FILING**
Hon. Magistrate Judge Ramon E. Reyes, Jr.
United States District Court for the Eastern
District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: ***Raymis Kimberly Ruiz and John Messing v. Bay Shore-Brightwaters Rescue Ambulance, Inc., et al.***
Case No.: 18-cv-280 (RRM)(RER)

Dear Magistrate Judge Reyes:

We are counsel to Defendants Bay Shore-Brightwaters Rescue Ambulance, Inc., Felix Rodriguez, Joseph A. Frisina, Charles Chapman, and Alex Mullin ("Defendants") in the above referenced matter. As per Your Honor's December 19, 2018 Order, we submit this application for substitution of counsel along with an executed Consent to Change Attorney form. Both Gregory Reilly and I, attorneys of record, have changed law firms. The new law firm of record for all Defendants is Bond Schoeneck & King PLLC. Please see the Consent to Change Attorney attached hereto as Exhibit A.

Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC

____/s/____
Aisling M. McAllister

SO ORDERED

_____
Magistrate Judge Ramon Reyes, Jr.

CC: Via ECF
    Greg Calliste, Esq.
    Siobhan E.C. Klassen, Esq.

Attorneys At Law | A Professional Limited Liability Company

115548.1 12/21/2018

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAYMIS KIMBERLEY RUIZ and JOHN
MESSING, JR.,

                Plaintiffs,

     -against-

BAY SHORE – BRIGHTWATERS RESCUE
AMBULANCE, INC., FELIX RODRIGUEZ, *In
His Individual and Official Capacities,* JOSEPH A.
FRISINA, *In His Individual and Official Capacities,*
CHARLES CHAPMAN, *In His Individual and
Official Capacities,* & ALEX MULLIN, *In His
Individual and Official Capacities*

                Defendants.
-----------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

Case No.: 18-cv-280

    **IT IS HEREBY CONSENTED** that the law firm of BOND SCHOENECK & KING be substituted as attorneys of record for Defendants BAY SHORE – BRIGHTWATERS RESCUE AMBULANCE, INC., FELIX RODRIGUEZ, JOSEPH A. FRISINA, CHARLES CHAPMAN, and ALEX MULLIN in the above entitled action in place and stead of the undersigned law firm of MARTIN CLEARWATER & BELL LLP as of the date hereof.

Dated: New York, New York
         December ___, 2018

BOND SCHOENECK & KING PLLC

By: _____
    Gregory B. Reilly, Esq.
Incoming Attorneys for Defendants
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2300

MARTIN CLEARWATER & BELL LLP

By: _____

Outgoing Attorneys for Defendants
220 East 42nd Street, 13th Floor
New York, New York
(212) 697-3122

1

By: [signature]

Printed Name: James M. Nelson

Title: President

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

On the 20 day of December, 2018 before me personally came James M Nelson, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

[Notary seal: PAMELA S. WERNER, Notary Public, State of New York, No. 02WE5050964, Qualified in Suffolk County, Commission Expires October 23, 21]

FELIX RODRIGUEZ

_____

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

On the ___ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

JOSEPH A. FRISINA

_____

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

On the ___ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

CHARLES CHAPMAN

BAY SHORE – BRIGHTWATERS RESCUE AMBULANCE, INC.

By: _____

Printed Name: _____

Title: _____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.


FELIX RODRIGUEZ

_____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the 21 day of December, 2018 before me personally came Felix Rodriguez [December 21, 2018 / Felix Rodriguez], known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

VICTORIA HECKER
NOTARY PUBLIC, State of New York
No. 01HE6130838
Qualified in Suffolk County
Commission Expires 7-25-2021


JOSEPH A. FRISINA

_____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

2

By:_____

Printed Name:_____

Title:_____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

FELIX RODRIGUEZ

_____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

JOSEPH A. FRISINA

*[signature]*

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

On the 19 day of December, 2018 before me personally came Joseph A. Frisina, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

*[signature: Jacqueline Campo]*

CHARLES CHAPMAN

JACQUELINE A CAMPO
Notary Public - State of New York
NO. 01CA5052319
Qualified in Suffolk County
My Commission Expires 11/20/21

2

CHARLES CHAPMAN

_____

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

CANDICE RICCA
Notary Public - State of New York
NO. 01RI6376043
Qualified in Suffolk County
My Commission Expires Jun 4, 2022

On the 20th day of December, 2018 before me personally came Charles Chapman, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

ALEX MULLIN

_____

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

3

CHARLES CHAPMAN

---

STATE OF NEW YORK )
                              ) ss:
COUNTY OF SUFFOLK )

On the ____ day of December, 2018 before me personally came _____, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
ALEX MULLIN

---

STATE OF NEW YORK )
                              ) ss:
COUNTY OF SUFFOLK )

On the 21st day of December, 2018 before me personally came Alexander M Mullin, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

*[signature]*

JENNIFER LYNN KUTZLER
Notary Public - State of New York
NO. 01KU6238748
Qualified in Suffolk County
My Commission Expires Apr 11, 2019

3